THE HONORABLE RONALD B. LEIGHTON

```
___ FILED   ___ LODGED
       ___ RECEIVED
       APR 05 2017
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTECH AEROSOL CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILSONART, LLC, a Delaware limited liability company,<br><br>Defendant. | NO. 3:17-cv-05088-RBL<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY<br><br>NOTED FOR CONSIDERATION: Friday, March 31, 2017 |

This matter comes before the Court on Defendant Wilsonart, LLC's ("Defendant") Motion to Stay Discovery in the above-referenced matter. The Court, having considered the Motion, Plaintiff's Response, Defendant's Reply, and the pleadings and records on file, and good cause appearing therefor, rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion to Stay Discovery is GRANTED. The deadlines for the parties to hold a FRCP 26(f) conference, serve initial disclosures, and file a joint status report are stricken, and the parties shall not propound discovery requests until after the Court rules on Defendant's Motion to Dismiss the Complaint filed by Plaintiff Westech Aerosol Corporation.

///

///

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY (3:17-cv-05088-RBL) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

DATED this 5th day of April, 2017.

*Ronald B. Leighton*
United States District Judge

Presented by:

TOUSLEY BRAIN STEPHENS PLLC

*/s/ Noelle L. Chung*
Noelle L. Chung, WSBA #51377
nchung@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992

Courtland Reichman (CA Bar # 268873) (*pro hac vice* pending)
creichman@mckoolsmith.com
Kunwar Singh (CA Bar # 251821) (*pro hac vice* pending)
ksingh@mckoolsmith.com
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Telecopier: (650) 394-1422

Matthew Tyler Cameron (TX Bar # 24097451) (*pro hac vice* pending)
mcameron@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West 6th Street, #1700
Austin, TX 78701
Telephone: (512) 692-8752
Telecopier: (512) 692-8744

**Attorneys for Defendant WILSONART, LLC**

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY (3:17-cv-05088-RBL) - 2

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 23rd day of March, 2017.

/s/ Noelle L. Chung
Noelle L. Chung, WSBA #51377
nchung@tousley.com

6300/001/379360.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY (3:17-cv-05088-RBL) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992