HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WESTECH AEROSOL CORPORATION,<br><br>                Plaintiff,<br>    v.<br>WILSONART LLC,<br><br>                Defendant. | CASE NO. C17-5088-RBL<br><br>ORDER ON TC HEARTLAND |

THIS MATTER is before the Court on its own motion. Plaintiff Westech alleges Defendant Wilsonart "is a limited liability company organized and existing under the laws of the State of Delaware, with a principal place of business in or near Temple, Texas." Dkt. #23 (Amended Complaint) at 2. After *TC Heartland LLC v. Kraft Foods Group Brands LLC*, No. 16–341, 2017 U.S. LEXIS 3213 (May 22, 207), this allegation does not capture the Court's jurisdiction. If Westech can amend its complaint, consistent with its Rule 11 obligations, to

allege venue is proper in this district, it shall do so within 30 days. If it cannot, it has thirty days to show cause why its case should not be dismissed or transferred.

IT IS SO ORDERED.

Dated this 7th day of August, 2017.

Ronald B. Leighton
United States District Judge