THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

Westech Aerosol Corporation, (a Washington Corporation),

    Plaintiff,

v.

Wilsonart LLC, (a Delaware limited liability company),

    Defendant.

Civil Action No. 3:17-cv-05088

**JOINT STATUS REPORT AND STIPULATION AND ORDER TO EXTEND STAY**

## I.    STIPULATION

WHEREAS, the Court stayed this case pending resolution of an inter partes review ("IPR"), IPR2018-00576. Dkt. No. 40;

WHEREAS, the final written decision disposing of the IPR was appealed by Plaintiff to the Court of Appeals to the Federal Circuit (No. 20-1694);

WHEREAS, 3M Company filed a cross-appeal of the IPR (No. 20-1738), which was consolidated with the appeal filed by Plaintiff;

WHEREAS, Plaintiff filed a motion to dismiss its appeal, which the Court of Appeals for the Federal Circuit granted, leaving only 3M Company's cross-appeal (the "Appeal," which bore Case Number 20-1738);

JOINT STATUS REPORT AND STIPULATION AND ORDER TO EXTEND STAY - 1
Civil Action No. 3:17-cv-05088

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

WHEREAS, the Court stayed this case until three weeks following entry of the mandate by the Court of Appeals for the Federal Circuit;

WHEREAS, the Court of Appeals for the Federal Circuit held oral argument on June 10, 2021;

WHEREAS, the Court of Appeals for the Federal Circuit affirmed the IPR on June 25, 2021;

WHEREAS, the Court of Appeals for the Federal Circuit issued its mandate on August 2, 2021;

WHEREAS, Westech is securing new counsel and for that reason, the parties are in agreement to extend the stay another 60 days;

WHEREAS, in view of the foregoing, the parties request the Court extend the stay in this case by another 60 days, so Westech may secure new counsel.

Dated: August 23, 2021

LOWE GRAHAM JONES<sup>PLLC</sup>

s/*Mark P. Walters*
Mark P. Walters, WSBA No. 30,819
Ellen M. Bierman, WSBA No. 23,224
Lawrence D. Graham, WSBA No. 25,402
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301
Walters@LoweGrahamJones.com
EllenB@LoweGrahamJones.com
Graham@LoweGrahamJones.com

*Attorneys for Plaintiff Westech Aerosol Corporation*

JOINT STATUS REPORT AND STIPULATION AND PROPOSED ORDER TO EXTEND STAY - 2
Civil Action No. 3:17-cv-05088

Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

TOUSLEY BRAIN STEPHENS PLLC

s/*Chase Alvord*
Chase Alvord, WSBA No. 26080
Lauren Hillemann, WSBA No. 54423
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Facsimile: 206.682.2992
Email: calvord@tousley.com
Email: lhillemann@tousley.com

MCKOOL SMITH, P.C.

s/*Kathy H. Li*
Kathy H. Li, *Pro hac vice*
Matthew Tyler Cameron, *Pro hac vice*
300 West 6th Street, Suite 1700
Austin, Texas 78701
Telephone: 512.692.8700
Facsimile: 512.692.8744
Email: kli@mckoolsmith.com
Email: mcameron@mckoolsmith.com

*Attorneys for Defendant Wilsonart LLC*

JOINT STATUS REPORT AND STIPULATION AND PROPOSED ORDER
TO EXTEND STAY - 3
Civil Action No. 3:17-cv-05088

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

ORDER

In view of the parties' stipulation, this case shall remain stayed for another 60 days following entry of this Order, during which time the plaintiff intends to secure new counsel. The parties shall file a Rule 26(f) Joint Status Report before the expiration of this 60-day period.

IT IS SO ORDERED

DATED this 26th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

LOWE GRAHAM JONES<sup>PLLC</sup>

s/*Mark P. Walters*
Mark P. Walters, WSBA No. 30,819
Ellen M. Bierman, WSBA No. 23,224
Lawrence D. Graham, WSBA No. 25,402
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301
Walters@LoweGrahamJones.com
EllenB@LoweGrahamJones.com
Graham@LoweGrahamJones.com

*Attorneys for Plaintiff Westech Aerosol Corporation*

JOINT STATUS REPORT AND STIPULATION AND PROPOSED ORDER
TO EXTEND STAY - 4
Civil Action No. 3:17-cv-05088

LOWE GRAHAM JONES<sub>PLLC</sub>

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1  //

2  //

3  //

4  //

5  TOUSLEY BRAIN STEPHENS PLLC

6

7  s/*Chase Alvord*
   Chase Alvord, WSBA No. 26080
   Lauren Hillemann, WSBA No. 54423
8  1200 Fifth Avenue, Suite 1700
   Seattle, Washington 98101
9  Telephone: 206.682.5600
   Facsimile: 206.682.2992
10 Email: calvord@tousley.com
   Email: lhillemann@tousley.com
11

12

13 MCKOOL SMITH, P.C.

14 s/*Kathy H. Li*
   Kathy H. Li, *Pro hac vice*
15 Matthew Tyler Cameron, *Pro hac vice*
   300 West 6th Street, Suite 1700
16 Austin, Texas 78701
   Telephone: 512.692.8700
17 Facsimile: 512.692.8744
   Email: kli@mckoolsmith.com
18 Email: mcameron@mckoolsmith.com

19
   *Attorneys for Defendant Wilsonart LLC*
20

21

22

23

24

25

26

27

JOINT STATUS REPORT AND STIPULATION AND PROPOSED ORDER
TO EXTEND STAY - 5
Civil Action No. 3:17-cv-05088

Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I caused the foregoing document to be served on the following counsel of record by the method/s indicated:

| PARTY/COUNSEL | METHOD OF SERVICE |
|---|---|
| TOUSLEY BRAIN STEPHENS PLLC<br><br>Chase Alvord, WSBA No. 26080<br>Lauren Hillemann, WSBA No. 54423<br>1700 Seventh Avenue, Suite 2200<br>Seattle, Washington 98101<br>Telephone: 206.682.5600<br>Facsimile: 206.682.2992<br>Email: calvord@tousley.com | ☐ Via Hand-Delivery<br>☐ Via U.S. Mail<br>☑ Via CM/ECF System<br>☐ Via E-mail |
| MCKOOL SMITH, P.C.<br><br>Kathy H. Li, *Pro hac vice*<br>Matthew Tyler Cameron, *Pro hac vice*<br>300 West 6th Street, Suite 1700<br>Austin, Texas 78701<br>Telephone: 512.692.8700<br>Facsimile: 512.692.8744<br>Email: kli@mckoolsmith.com<br>Email: mcameron@mckoolsmith.com<br><br>*Attorneys for Defendant Wilsonart LLC* | ☐ Via Hand-Delivery<br>☐ Via U.S. Mail<br>☑ Via CM/ECF System<br>☐ Via E-mail |

Dated this 23rd day of August, 2021.

Lowe Graham Jones PLLC

s/*Rischel Voigt*
Rischel Voigt, Paralegal

JOINT STATUS REPORT AND STIPULATION AND PROPOSED ORDER
TO EXTEND STAY - 6
Civil Action No. 3:17-cv-05088

Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301