THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WESTECH AEROSOL CORPORATION, a Washington Corporation,

Plaintiff,

v.

WILSONART LLC, a Delaware limited liability company,

Defendant.

Civil Action No. 3:17-cv-05088

**NOTICE OF WITHDRAWAL**

COMES NOW the undersigned counsel for Defendant WILSONART LLC ("Wilsonart" or "Defendant"), and pursuant to LR 83.2, requests that Kathy H. Li be withdrawn as counsel for Defendant Wilsonart. Ms. Li is departing McKool Smith, P.C. and will no longer represent Wilsonart. Ms. Li should no longer receive CM/ECF notifications in connection with the above-captioned action. Wilsonart will remain represented by Lauren Hillemann and Chase C. Alvord of Tousley Brain Stephens PLLC, and James E. Quigley and Matthew T. Cameron of McKool Smith, P.C.

NOTICE OF WITHDRAWAL – 1
Civil Action No. 3:17-cv-05088

McKool Smith, P.C.
303 Colorado Street, Suite 2100
Austin, Texas 78701
512.692.8700

| | |
|---|---|
| Dated: December 16, 2021 | TOUSLEY BRAIN STEPHENS PLLC |
| | |
| | *s/Chase C. Alvord* |
| | Chase C. Alvord, WSBA No. 26080 |
| | *s/ Lauren C. Hillemann* |
| | Lauren C. Hillemann, WSBA No. 54423 |
| | 1200 Fifth Avenue, Suite 1700 |
| | Seattle, Washington 98101 |
| | Telephone: 206.682.5600 |
| | Facsimile: 206.682.2992 |
| | Email: calvord@tousley.com |
| | Email: lhillemann@tousley.com |
| | |
| | MCKOOL SMITH, P.C. |
| | |
| | *s/James E. Quigley* |
| | James E. Quigley, *Pro hac vice* |
| | *s/ Matthew Tyler Cameron* |
| | Matthew Tyler Cameron, *Pro hac vice* |
| | 303 Colorado Street, Suite 2100 |
| | Austin, Texas 78701 |
| | Telephone: 512.692.8700 |
| | Facsimile: 512.692.8744 |
| | Email: jquigley@mckoolsmith.com |
| | Email: mcameron@mckoolsmith.com |
| | *Attorneys for Defendant Wilsonart LLC* |

NOTICE OF WITHDRAWAL
Civil Action No. 3:17-cv-05088

- 2 -

McKool Smith, P.C.
303 Colorado Street, Suite 2100
Austin, Texas 78701
512.692.8700

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, I caused the foregoing document to be served on the following counsel of record by the method/s indicated:

| PARTY/COUNSEL | METHOD OF SERVICE |
|---|---|
| Mark P. Walters, WSBA No. 30,819<br>Ellen M. Bierman, WSBA No. 23,224<br>Lawrence D. Graham, WSBA No. 25,402<br>701 Fifth Avenue, Suite 4800<br>Seattle, Washington 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>*Attorneys for Plaintiff*<br>*Westech Aerosol Corporation* | ☐ Via Hand-Delivery<br>☐ Via U.S. Mail<br>☑ Via CM/ECF System<br>☐ Via E-mail |

Dated this 16TH day of December, 2021.

McKOOL SMITH, P.C.

*/s/ James E. Quigley*
James E. Quigley

NOTICE OF WITHDRAWAL - 3
Civil Action No. 3:17-cv-05088

McKool Smith, P.C.
303 Colorado Street, Suite 2100
Austin, Texas 78701
512.692.8700