The Honorable David G. Estudillo

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

EVERGREEN ADHESIVES, INC., a
Georgia Corporation

f.k.a. WESTECH AEROSOL
CORPORATION,

         Plaintiff,

    v.

WILSONART, LLC, a Delaware limited
liability company,

         Defendant.

Case No. 3:17-cv-05088-DGE

**STIPULATED MOTION AND
ORDER TO EXTEND DEADLINES
RELATED TO
JOINT STATUS REPORT**

**NOTE ON MOTION
CALENDAR:**

**Friday, July 14, 2023**

## STIPULATION AND ORDER

WHEREAS this Court ordered the parties to conduct mediation by February 18, 2023;

WHEREAS this Court further ordered that if resolution was not reached, full discovery opens the sooner of 240 days after Scheduling Order or Conference or mediation is held and resolution not reached;

WHEREAS this Court further ordered that the parties submit a joint status report to the Court on March 20, 2023;

WHEREAS the parties negotiated in good faith but were unable to find a date on which all parties and necessary client personnel were available to conduct mediation until April 12, 2023;

ROBINS KAPLAN LLP
Attorneys at Law
555 Twin Dolphin Drive
Suite 310
Redwood City, California 94065
650 784 4040

WHEREAS the parties agreed to submit a joint status report on or before May 10, 2023;

WHEREAS the parties mediated this case on April 12, 2023, reached an agreement in principle, and continue to negotiate terms of a final settlement agreement;

WHEREAS the Court ordered that if terms of a settlement are not reached by June 9, 2023, they will submit a joint status report on that date.

WHEREAS the Court ordered that if terms of a settlement are not reached by July 14, 2023, they will submit a joint status report on that date.

WHEREAS the parties continue to negotiate terms of a final settlement agreement.

WHEREAS the parties agree to submit a joint status report on or before August 18, 2023.

WHEREAS in view of the foregoing, the parties request that the Court issue an Order extending the deadlines related to the submission of the joint status report to the aforementioned date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

94013264.1
STIPULATION AND ORDER
3:17-cv-05088

ROBINS KAPLAN LLP
Attorneys at Law
555 Twin Dolphin Drive
Suite 310
Redwood City, California 94065
650 784 4040

Respectfully submitted July 14, 2023.

| **NEWMAN DU WORS LLP** | **TOUSLEY BRAIN STEPHENS PLLC** |
|---|---|
| s/ Derek Linke | s/ Chase Alvord |
| Derek A. Newman, WSBA No. 26967 | Chase C. Alvord, WSBA #26080 |
| dn@newmanlaw.com | calvord@tousley.com |
| Derek Linke, WSBA No. 38314 | Kaleigh N. Boyd, WSBA #52684 |
| linke@newmanlaw.com | kboyd@tousley.com |
| 1201 Second Avenue, Suite 900 | 1200 Fifth Avenue, Suite 1700 |
| Seattle, WA 98101 | Seattle, Washington 98101 |
| Telephone: (206) 274-2800 | Telephone: (206) 682-5600 |
|  | Facsimile: (206) 682-2992 |
| **ROBINS KAPLAN LLP** | **MCKOOL SMITH, P.C.** |
| s/ Kevin Pasquinelli | s/ James Quigley |
| Kevin Pasquinelli (pro hac vice) | James E. Quigley, (pro hac vice) |
| kpasquinelli@robinskaplan.com | jquigley@mckoolsmith.com |
| Steve Carlson (pro hac vice) | Matthew T. Cameron (pro hac vice) |
| scarlson@robinskaplan.com | mcameron@mckoolsmith.com |
| ROBINS KAPLAN LLP | George T. Fishback (pro hac vice) |
| 555 Twin Dolphin Drive, Suite 310 | gfishback@mckoolsmith.com |
| Redwood City, California 94065 | 303 Colorado Street, Suite 2100 |
| Telephone: (650) 784-4025 | Austin, TX 78701 |
| Spencer Davis-VanNess (pro hac vice) | Telephone: (512) 692-8720 |
| sdavis-vanness@robinskaplan.com |  |
| ROBINS KAPLAN LLP | Attorneys for Defendant |
| 800 LaSalle Ave, Suite 2800 | Wilsonart LLC |
| Minneapolis, Minnesota 55402 |  |
|  |  |
| Attorneys for Plaintiff |  |
| Evergreen Adhesives, Inc. |  |

94013264.1

STIPULATION AND ORDER

3:17-cv-05088

ROBINS KAPLAN LLP
Attorneys at Law
555 Twin Dolphin Drive
Suite 310
Redwood City, California 94065
650 784 4040

1

## <u>ORDER</u>

2       In view of the parties' stipulation, the parties shall submit a joint status

3  report on or before August 18, 2023.

4       IT IS SO ORDERED.

5

6       DATED this 17th day of July, 2023

7

8  

9  _____

10      David G. Estudillo
        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

94013264.1
STIPULATION AND ORDER
3:17-cv-05088

**ROBINS KAPLAN LLP**
Attorneys at Law
555 Twin Dolphin Drive
Suite 310
Redwood City, California 94065
650 784 4040